

**Entered on Docket**
**June 08, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3 | (702) 853-0700

4 |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

5 | **IN RE:**                          Chapter 13
**TELESFORO CARRILLO**         BKS-11-14949-LBR

6 |                                     Hearing Date: N/A
                     **Debtor**        Hearing Time: N/A

7 |

8 | **PRO SE DEBTOR**
**Attorney for Debtor**

9 |        **EX-PARTE ORDER DISMISSING CHAPTER 13**
        **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

10 |

11 |        As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the

12 | forty-five (45) day period, which expired on May 19, 2011.

13 | . . .

14 | . . .

15 | . . .

16 |

17 |

18 |

19 |

20 |

1

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2    **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4    and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6    Submitted by:

7    /s/ Kathleen A. Leavitt

8    KATHLEEN A. LEAVITT
     CHAPTER 13 BANKRUPTCY TRUSTEE

9    Dated: May 23, 2011
     (CJY)

10

11

12

13

14

15

16

17

18

19

20

2